IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HEMPFIELD SCHOOL DISTRICT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-2800** |
| | : | |
| **S.C., M.C. AND S.R.-A** | : | |

## ORDER

**AND NOW**, this 31st day of January 2024, upon considering the parties' cross-Motions for judgment on the Administrative Record relating to school years 2020-2021 and 2021-2022 (ECF Nos. 19, 20), and finding we can enter partial judgment on the Administrative Record applying a modified de novo standard but remand for determination of the compensatory education awards for the 2020-2021 school year and August 2021-December 2022 of the 2021-2022 school year, and for reasons detailed in today's Memorandum, it is **ORDERED** we:

1. **DENY** Plaintiff's Motion for judgment on the Administrative Record (ECF No. 20).

2. **GRANT in part** and **DENY in part** Defendants' Motion for judgment on the Administrative Record (ECF No. 19) requiring we:

    a. **GRANT** Defendants' Motion for judgment on the Administrative Record for the school years 2020-2021 and 2021-2022 along with an award of reasonable attorney's fees and 100% of the reimbursement from December 2021 through August 2022 subject to Defendants adducing proof of the payments made to the Warwick School District under this Order;

    b. **DENY** Defendants' Motion to the extent they seek undefined attorney's fees under the Individuals with Disabilities Education Improvement Act without

2

prejudice to move for reasonable attorney's fees with supporting competent comparator evidence along with competent evidence of the tuition paid to Warwick School District on or before **February 12, 2024** with leave to respond no later than **February 26, 2024**; and,

3. **VACATE** the Hearing Officer's award of sixty-five hours compensatory education and **REMAND** for further expedited review consistent with the guidance offered in today's Memorandum including requiring Plaintiff file a joint status memorandum not exceeding five pages on or before **February 29, 2024** detailing the plan and scheduled timing for promptly resolving this compensatory education issue.

*[signature]*
**KEARNEY, J.**